**LOWENSTEIN SANDLER** PC
Robert J. Kipnees
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendant Carol Skipper

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>CAROL SKIPPER<br><br>Defendant. | Case No. 2:09-cr-00457-DMC<br><br>ORDER FOR RETURN OF PASSPORT |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, counsel for Defendant Carol Skipper, for an Order requiring the return of defendant Skipper's passport, and Assistant United States Attorney Robert Kirsch having consented to the relief requested, and for good cause shown,

IT IS on this 23 day of November, 2009,

**ORDERED** that United States Pretrial Services shall return the defendant's passport, previously surrendered, to the defendant Carol Skipper.

HON. DENNIS M. CAVANAUGH
United States District Judge

22505/2
11/23/2009 13039780.1